IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY FREDERICKSON,

    Petitioner,                 No. CIV S-08-1869 GGH P

    vs.

ANTHONY HEDGPETH,

    Respondent.            <u>ORDER</u>

                                     /

         Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner originally filed the petition pro se.

         On December 4, 2008, respondent filed a motion to dismiss on grounds that not all of the claims raised in the petition were exhausted. Petitioner did not oppose the motion. However, on March 31, 2009, counsel appeared on behalf of petitioner. On April 2, 2009, petitioner, through counsel, filed a motion to stay proceedings pending further exhaustion.

         Because petitioner is now represented by counsel, the pending motions should be noticed for hearing before the undersigned pursuant to Local Rule 78-230. Accordingly, the pending motions are vacated subject to their being re-noticed in accordance with Local Rule 78-230.

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent's December 4, 2008, motion to dismiss (no. 8) and petitioner's April 2, 2009, motion to stay (no. 12) are vacated;

2. Within ten days of the date of this order, petitioner shall contact the Courtroom Clerk for the undersigned to obtain a hearing date for the motion to stay; within that time, petitioner shall file a notice of hearing with a renewed motion to stay; if petitioner fails to comply with this order, respondent may refile and notice for hearing the motion to dismiss.

DATED: May 5, 2009

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

fred1869.vac