IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KELLY FREDERICKSEN,

    Petitioner,                    2:08-cv-1869-GEB-GGH-P

    vs.

ANTHONY HEDGEPATH,

    Respondent.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On July 8, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Petitioner has filed objections to the findings and recommendations. Respondent has filed a reply.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the

///

1 | entire file, the court finds the findings and recommendations to be supported by the record and by
2 | proper analysis.
3 |      Accordingly, IT IS HEREBY ORDERED that:
4 |      1. The findings and recommendations filed July 8, 2009, are adopted in full; and
5 |      2. Petitioner's motion to stay (no. 15) is denied, the unexhausted claims are
6 | stricken;
7 |      3. Within thirty days of the date of this order, respondent shall file an answer to
8 | the exhausted claims; petitioner's reply is due within thirty days thereafter.
9 | Dated: August 13, 2009

                /s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

2